**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>**United States of America**</u>

     **v.**                                             Case No. 06-cr-85-01-PB

<u>**Richard Villar, et. al.**</u>


<u>**O R D E R**</u>


Defendant, Joshua Gagnon, through counsel, has moved to continue the July 6, 2006 trial in the above case, citing the need for additional time to engage in plea negotiations or prepare a defense.  The government and co-defendant does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from July 6, 2006 to October 3, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The court will hold a final pretrial on September 25, 2006 at 4:15 p.m.

SO ORDERED.


/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 30, 2006

cc:  Sven Wiberg, Esq.
     Douglas Miller, Esq.
     Terry Ollila, Esq.
     United States Probation
     United States Marshal